IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAMONT E. MOORE,

    Plaintiff,

v.

DR. GLEN HEINZL,

    Defendant.

JUDGMENT IN A CIVIL CASE

10-cv-390-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Dr. Glenn Heinzl granting his motion for summary judgment and dismissing this case.

_____    _____
Peter Oppeneer, Clerk of Court             7/18/11
                                                                 Date